IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**WILLIE HAMPTON (# 79948-011)** **PLAINTIFF**

v. No. 2:06CV100-SA-SAA

**TUNICA COUNTY BOARD
OF SUPERVISORS, ET AL.** **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause, all the plaintiff's claims, except the claim regarding improper seizure and forfeiture of a Mercury Cougar, two Ford Mustangs, and $355.00 in United States currency, are hereby **DISMISSED** with prejudice. In addition, all the plaintiff's claims against the Tunica County Board of Supervisors, the Tunica County Sheriff's Department, and the Jane Doe and John Doe defendants are hereby **DISMISSED**. The plaintiff's claims against Lieutenant Jerome Hudson and former Sheriff Jerry Ellington for the improper seizure and forfeiture of a Mercury Cougar, two Ford Mustangs, and $355.00 in United States currency shall, however, **PROCEED**. By separate order, the court shall set a schedule for briefing the issue of abstaining from exercising jurisdiction over the remaining claim in light of the ongoing state suit covering the same issue.

**SO ORDERED,** this the 29th day of September, 2008.

/s/ Sharion Aycock
**U.S. DISTRICT COURT JUDGE**