IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**WILLIE HAMPTON (# 79948-011)**                          **PLAINTIFF**

v.                                                            **No. 2:06CV100-SA-SAA**

**TUNICA COUNTY BOARD**
**OF SUPERVISORS, et al.**                                **DEFENDANTS**

## ORDER

In accordance with a memorandum of law to be issued this day, the Court orders that it declines to abstain from exercising jurisdiction over this matter. A scheduling order for this matter shall be entered within ten days of the entry of this order.

**SO ORDERED,** this the 31st day of March, 2009.

                                                       **/s/ Sharion Aycock**
                                                       **U.S. DISTRICT COURT JUDGE**